SAMUEL THOMAS, *Appellant, v.* CHARLES C. GRIDLEY, *Respondent.* — Judgment affirmed, with costs.    Opinion by HARDIN, J.

EUGENE FORMAN, *Appellant, v.* HIRAM K. EDWARDS, *Sheriff, etc., Respondent.* — Judgment affirmed.    Opinion by HAIGHT, J.

JACOB S. HAWS and ELIAS COOPER, *as Executors, etc., Appellants, v.* CATHARINE SCOTT, *Respondent.* — The decree of the surrogate modified by striking out the item of twelve dollars charged against the executors, and as so modified affirmed, with costs to the respondent.    Opinion by HAIGHT, J.

RICHARD H. PARKER, *Respondent, v.* JOHN H. PHELPS, *Appellant.* — Judgment affirmed.    Opinion by HAIGHT, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* EBENEZER KEELER, *Appellant, v.* ISRAEL W. BALDWIN, *as Commissioner, etc., Respondent.* — Order appealed from reversed, with ten dollars costs and disbursements, and motion granted.    Mem. by HAIGHT, J.

HORACE JONES, *Respondent, v.* THE VILLAGE OF CHARLOTTE, *Appellant.* — Judgment affirmed.    Mem. by HAIGHT, J.

GEORGE W. GREEN and another, *Appellants, v.* GEORGE W. RAYMOND, *Respondent.* — Judgment affirmed.    Mem. by HAIGHT, J.

HUGH H. BOLES, *Respondent, v.* WILLIAM COONS, *Appellant.* — Judgment affirmed.    Mem. by HAIGHT, J.

BARTON PRATT, *Appellant, v.* GEORGE RICHARDSON and HARVEY COLLIS, *Respondents.* — Judgment affirmed.    Opinion by HAIGHT, J.

GEORGE E. SHELDON, *Respondent, v.* RAZO COMBS, *Appellant.* — Judgment reversed and new trial ordered, costs to abide the event.    Opinion by HAIGHT, J.

ORVILLE W. RAMSEY, *Respondent, v.* JOHN FELTON, *Appellant.* — Judgment affirmed, with costs.    Opinion by HAIGHT, J.

VAN BUREN WHEAT and JOSEPH F. SALISBURY, *Respondents, v.* HARVEY RICE and others, *Appellants.* — Appeal dismissed, with costs.    Opinion by HAIGHT, J.

SECOND NATIONAL BANK OF OSWEGO, *Respondent, v.* ERASTUS P. BURT, *Appellant.* — Judgment reversed and new trial ordered before another referee, unless the plaintiff within twenty days stipulates that the judgment may be reduced in the amount of the four drafts signed by Tarbush, less the amount of $1,000 of the last of such drafts, with the interest thereon accrued.    If such stipulation be given the judgment for the amount so reduced affirmed, with costs to the defendant.    Opinion by HAIGHT, J.

ADELAIDE L. POST, and others, *Appellants, v.* FRANCIS O. MASON and others, *Respondents.* — Motion for reargument denied.    SMITH, P. J., not participating in the decision.

HENRY ROOT and NOBLE W. STOCKHAM, *Respondents, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment affirmed.